Argued April 15, decided May 20, 1913.

## STATE *v.* WEDEMEYER.

(132 Pac. 518.)

From Multnomah: CALVIN U. GANTENBEIN, Judge.

The defendant, E. E. Wedemeyer, was convicted of the crime against nature, and from the judgment and sentence imposed he appeals.    REVERSED.

For appellant there was a brief over the names of *Messrs. Wilson & Neal* and *Mr. George Rossman,* with an oral argument by *Mr. Oscar A. Neal.*

For the state there was a brief over the names of *Mr. Walter H. Evans,* District Attorney, *Mr. Robert F. Maguire,* Deputy District Attorney, and *Mr. Frank T. Collier,* with oral arguments by *Mr. Maguire* and *Mr. Collier.*

MR. JUSTICE BURNETT delivered the opinion of the court.

MR. CHIEF JUSTICE MCBRIDE and MR. JUSTICE EAKIN dissent.

For reasons stated in the opinion this day rendered in the similar case of *State* v. *Start, ante,* p. 178 (132 Pac. 512), with which this cause was heard in this court, the judgment of the Circuit Court herein is reversed, and the cause remanded for a new trial.

REVERSED.